UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RICKY JAMES FUSSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:22-cv-25-PPS-JEM |
| ) | |
| ROBERT POPPLEWELL, DANIEL FISHER, ) | |
| and SAMUEL DOWNS, ) | |
| ) | |
| Defendants. ) | |

**OPINION AND ORDER**

Ricky James Fussell, proceeding without a lawyer, filed a complaint [DE 1] and a motion for leave to proceed *in forma pauperis* (IFP). [DE 2.]

The IFP statute is designed to ensure that indigent plaintiffs have meaningful access to federal courts. *Adkins v. E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 342 (1948). When granted, a plaintiff may proceed without paying fees and costs, provided the plaintiff submits an affidavit attesting an inability to pay and the action is not frivolous, malicious, or fails to state a claim upon which relief can be granted. 28 U.S.C. § 1915(e)(2)(B). This access is limited to a preliminary determination that the case has merit and the plaintiff is indigent. The Poverty Line is set annually by the United States Department of Health and Human Services pursuant to 42 U.S.C. § 9902.

Here, Fussell is not married and has no dependents. He receives $2,500 per month. The plaintiff's annual income of $30,000 per year exceeds 150 percent of the Poverty Line which is $20,385 per year for a family of one. *See*

http://www.uscourts.gov/sites/default/files/poverty-guidelines.pdf. Moreover, the plaintiff has not otherwise demonstrated paying the filing fee would result in an inability to provide for the necessities of life.

For these reasons, the court:

(1) **DENIES** the plaintiff leave to proceed *in forma pauperis* [DE 2];

(2) **GRANTS** the plaintiff until **March 15, 2022** to pay the filing fee of $402.00; and

(3) **CAUTIONS** the plaintiff if there is no response by the deadline, this case will be dismissed without further notice.

SO ORDERED on February 15, 2022.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT